IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TOMMIE J. SHANKLIN                                                              PLAINTIFF

vs.                              Civil No. 4:08-CV-04021

MICHAEL J. ASTRUE                                                              DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Now on this 24TH day of February, 2009, comes for consideration the Report and Recommendation, dated February 4, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  Ten (10) days have passed without objections being filed by the parties.  The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation, affirms the decision of the Administrative Law Judge, and dismisses Plaintiff's complaint with prejudice.

IT IS SO ORDERED.

/s/Harry F. Barnes
HON. HARRY F. BARNES
UNITED STATES DISTRICT JUDGE